■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO TURNER, Appellant.—Judgment of the Supreme Court, Kings County (Coffinas, J.), rendered July 14, 1983, affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.